NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GATOR BORING & TRENCHING, Inc., )
)
Appellant, )
)
v. ) Case No. 2D17-902
)
WESTRA CONSTRUCTION )
CORPORATION, a Florida corporation; )
TRAVELERS CASUALTY AND )
SURETY COMPANY OF AMERICA, )
a Connecticut company; and TAMPA )
ELECTRIC COMPANY, )
)
Appellees. )
_____ )

Opinion filed March 13, 2019.

Appeal from the Circuit Court for Sarasota
County; Diana L. Moreland, Judge.

Charles P. Young, Cecily M. Parker, and
Robert A. Emmanuel of Emmanuel,
Sheppard, & Condon, Pensacola, for
Appellant.

Charles C. Lane of Lau, Lane, Pieper,
Conley, & McCreadle, P.A., Tampa for
Appellee Tampa Electric Company.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

KHOUZAM, MORRIS, and BLACK, JJ., Concur.